

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

BARBARA D. UNDERWOOD  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct:  (518) 776-2620

August 27, 2018

Hon. Christian F. Hummel  
U.S. Magistrate Judge  
U.S. District Court  
Northern District of New York

Re:   *Lovell v. Annucci, et al.*, USDC-NDNY No. 9:18-CV-685 (TJM/CFH)

Dear Judge Hummel:

    Defendants Brian F. McAuliffe, Thomas McCabe, and Lynn Furnace have been served with process in the above-entitled action, and they have requested that the Office of the Attorney General represent them.

    Because the allegations in the complaint need to be investigated, I respectfully ask that the Defendants not be required to file a response to the complaint until October 12, 2018.

    Thank you for your consideration of this matter.

                                                                     Respectfully yours,  
                                                                   *s/ Michael McCartin*  
                                                                   Michael McCartin  
                                                                   Assistant Attorney General

cc:    Gilford Lovell  
       16-R-2708  
       Cape Vincent Correctional Facility  
       Rte. 12E  
       PO Box 739  
       Cape Vincent, NY 13618