UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GILFORD LOVELL,

        Plaintiff,
v.                                         No. 9:18-CV-0685

SUPERINTENDENT MCAULIFFE; ACTING
CAPTAIN MCCABE; and SERGEANT FURNACE,

        Defendants.
_____

THOMAS J. McAVOY,
Senior United States District Judge

## DECISION & ORDER

**I.  INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Christian F. Hummel, United States Magistrate Judge, for report and recommendation. Magistrate Judge Hummel issued a Report-Recommendation and Order on May 1, 2019 which addresses Defendants' Motion for Summary Judgment (Dkt. No. 14). *See* 05/01/19 Rep.-Rec. & Ord. (Dkt. No. 20). Magistrate Judge Hummel recommends that Defendants' Motion for Summary Judgment be denied. (*Id.*). No objections to the Report-Recommendation and Order have been filed, and the time to do so has expired.

**II.  DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

1

**III. CONCLUSION**

Accordingly, the Court **ACCEPTS and ADOPTS** the Report-Recommendation and Order (Dkt. No. 20) for the reasons stated therein. Defendants' Motion for Summary Judgment (Dkt. No. 14) is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 30, 2019

Thomas J. McAvoy
Senior, U.S. District Judge