

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct: (518) 776-2620

September 6, 2019

Hon. Thomas J. McAvoy  
Senior U.S. District Court Judge  
U.S. District Court  
Northern District of New York

Re:   *Lovell v. Annucci, et al.*, USDC-NDNY No. 9:18-CV-685 (TJM/CFH)

Dear Judge McAvoy:

     Defendants Brian F. McAuliffe, Thomas McCabe, and Lynn Furnace are the defendants in the above-entitled action, and on their behalf, I respectfully request an opportunity to address their qualified immunity defense in a second motion for summary judgment.

     If the Court is willing to allow the defendants to address this defense in a second summary judgment motion, I can do so within 14 days.

     Thank you for your consideration of this matter.

Respectfully yours,  
*s/ Michael McCartin*  
Michael McCartin  
Assistant Attorney General

cc:   Gilford Lovell  
      16-R-2708  
      Cape Vincent Correctional Facility  
      Rte. 12E  
      PO Box 739  
      Cape Vincent, NY 13618